UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MARCUS KELLEY, and DARYL CATRELL CALDWELL, JR.,<br><br>Defendants. | 2:24-cr-25-APG-MDC<br><br>**ORDER DIRECTING PREPARTION OF PRE-PLEA PSR** |

Based on the foregoing unopposed motion, and good cause appearing, it is hereby ordered that the United States Probation Office prepare a pre-plea PSR detailing Mr. Caldwell's criminal history.

IT IS SO ORDERED.

Dated this 5th day of March, 2024

_____
UNITED STATES DISTRICT JUDGE