# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:24-cr-00025-APG-MDC-2 |
| Plaintiff | **Order for Supplemental Briefing** |
| v. | [ECF No. 96] |
| DARYL CATRELL CALDWELL, JR., | |
| Defendant | |

Daryl Caldwell's motion for permission to file a supplemental brief in support of his motion for a sentence reduction **(ECF No. 96) is granted**.  Caldwell's supplemental brief is due March 19, 2026.  The government may respond to that supplemental brief within 14 days of its filing.

DATED this 4th day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE