**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00025-APG-MDC |
| Plaintiff, | ORDER |
| v. | |
| DARYL CATRELL CALDWELL, JR., | |
| Defendant. | |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to April 9, 2026, and the government shall file its response by April 23, 2026.

DATED this __3rd__ day of April 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3