AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| United States of America<br>v.<br>Daryl Catrell Caldwell, Jr. | )<br>)<br>)<br>)<br>)  Case No:  2:24-cr-00025-APG-MDC-2<br>)  USM No:  81846-510<br>) |

Date of Original Judgment:     06/11/2025

Date of Previous Amended Judgment: _____

*(Use Date of Last Amended Judgment if Any)*

Dawn A. Penn

*Defendant's Attorney*

## ORDER DENYING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

Except as otherwise provided, all provisions of the judgment dated   06/11/2025   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:     05/20/2026

*Judge's signature*

Effective Date: _____

*(if different from order date)*

Andrew P. Gordon, Chief U.S. District Judge

*Printed name and title*